```
DOMINICK MOCHELL TOMPKINS      MIDLAND CREDIT MGMT
1218 COOKSVILLE RD             ATTN: BANKRUPTCY
MACON, MS 39341                PO BOX 939069
                               SAN DIEGO, CA 92193


THOMAS C. ROLLINS, JR.         ONEMAIN
THE ROLLINS LAW FIRM, PLLC     PO BOX 1010
P.O. BOX 13767                 EVANSVILLE, IN 47706
JACKSON, MS 39236


AT&T                           PORTFOLIO RECOVERY
PO BOX 5087                    ATTN: BANKRUPTCY
CAROL STREAM, IL 60197-5087    120 CORPORATE BLVD
                               NORFOLK, VA 23502


CITIZENS NATIONAL BANK         REPUBLIC FINANCE
2934 JEFFERSON ST              1833 HIGHWAY 45 N
MACON, MS 39341                COLUMBUS, MS 39705


COLONIAL AUTO FINANCE
ATTN: BANKRUPTCY
1805 N 2ND ST STE 401
ROGERS, AR 72756


CREDENCE EXCELLENCE BE
1700 DALLAS PKWY
DALLAS, TX 75240


FINGERHUT
6250 RIDGEWOOD ROAD
SAINT CLOUD, MN 56303


FIRST METROPOLITAN
ATTN: BANKRUPTCY
6295 SUMMER AVENUE
MEMPHIS, TN 38134


GOLDMAN SACHS BANK USA
ATTN: BANKRUPTCY
PO BOX 70379
PHILADELPHIA, PA 19176
```