Certificate Number: 17082-MSS-DE-040137123

Bankruptcy Case Number: 25-02335



17082-MSS-DE-040137123

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 28, 2025, at 9:56 o'clock AM MST, DOMINICK M TOMPKINS completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Mississippi.

Date: September 28, 2025    By: /s/Orsolya K Lazar

Name: Orsolya K Lazar

Title: Executive Director