United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 25-02335-JAW
Dominick Mochell Tompkins Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3     User: mssbad     Page 1 of 2
Date Rcvd: Nov 19, 2025     Form ID: n031     Total Noticed: 18

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 21, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Dominick Mochell Tompkins, 1218 Cooksville Rd, Macon, MS 39341-2131 |
| cr | + | First Metropolitan Financial Services, Inc. - Star, 122 HWY 12 West, Starkville, MS 39759-3760 |
| 5571236 | + | B. Joey Hood, II., Esq., For First Metropolitan Financial Service, Starkville Branch, Post Office Box 759, Ackerman MS 39735-0759 |
| 5565617 | + | Citizens National Bank, 2934 Jefferson St, Macon, MS 39341-2273 |
| 5565619 | | Credence Excellence Be, 1700 Dallas Pkwy, Dallas, TX 75240 |
| 5565621 | + | First Metropolitan Financial Services-Starkville, 122 Hwy 12 West, Starkville, MS 39759-3760 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5565616 | | Email/Text: g17768@att.com | Nov 19 2025 19:36:00 | AT&T, PO Box 5087, Carol Stream, IL 60197-5087 |
| 5578046 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 19 2025 19:45:54 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5568735 | + | Email/Text: bankruptcy@car-mart.com | Nov 19 2025 19:36:00 | Americas Car-Mart Inc, 1805 N 2nd St Ste 401, Rogers, AR 72756-2423 |
| 5565618 | + | Email/Text: bankruptcy@car-mart.com | Nov 19 2025 19:36:00 | Colonial Auto Finance, Attn: Bankruptcy, 1805 N 2nd St Ste 401, Rogers, AR 72756-2423 |
| 5565620 | + | Email/Text: bnc-bluestem@quantum3group.com | Nov 19 2025 19:37:00 | Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 5565622 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Nov 19 2025 19:36:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
| 5565623 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 19 2025 19:36:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 5571995 | | Email/PDF: cbp@omf.com | Nov 19 2025 19:45:51 | OneMain Financial Group, LLC, OneMain, PO Box 3251, Evansville, IN 47731-3251 |
| 5565624 | + | Email/PDF: cbp@omf.com | Nov 19 2025 19:45:57 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 5565625 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 19 2025 19:45:56 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502 |
| 5565626 | | Email/Text: bankruptcy@republicfinance.com | Nov 19 2025 19:37:00 | Republic Finance, 1833 Highway 45 N, Columbus, MS 39705 |
| 5570677 | | Email/Text: bankruptcy@republicfinance.com | Nov 19 2025 19:37:00 | Republic Finance, LLC, 282 Tower Road, Ponchatoula, LA 70454 |

TOTAL: 12

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a**

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 2 of 2 |
| Date Rcvd: Nov 19, 2025 | Form ID: n031 | Total Noticed: 18 |

**preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 21, 2025            Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 19, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| B. Joey Hood, II | on behalf of Creditor First Metropolitan Financial Services  Inc. - Starkville Branch cynthiah@jhoodlaw.com, notices@jhoodlaw.com |
| Harold J. Barkley, Jr. | HJB@HBarkley13.com  hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Dominick Mochell Tompkins trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 4

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:** 25−02335−JAW
**Chapter:** 13

**In re:**

Dominick Mochell Tompkins
fka Dominick Mochell Glenn
1218 Cooksville Rd
Macon, MS 39341

### Notice of Entry of Order Confirming Plan

The Court entered an Order on November 19, 2025 (Dkt. # 18 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: November 19, 2025      Danny L. Miller, Clerk of Court